**STATE v. MARK**

[357 N.C. 242 (2003)]

STATE OF NORTH CAROLINA v. PAUL WILLIAM MARK, SR.

No. 5A03

(Filed 13 June 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 154 N.C. App. 341, 571 S.E.2d 867 (2002), finding no error after appeal of judgments entered 12 July 2001 by Judge Melzer A. Morgan, Jr., in Superior Court, Guilford County. Heard in the Supreme Court 5 May 2003.

*Roy Cooper, Attorney General, by Isaac T. Avery, III, Special Deputy Attorney General, and Patricia A. Duffy, Assistant Attorney General, for the State.*

*Douglas L. Hall for defendant-appellant.*

PER CURIAM.

AFFIRMED.